| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HART, WILLIAM T | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>04/28/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. SENIOR DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>219 SOUTH DEARBORN STREET<br><br>ROOM 2246<br><br>CHICAGO, ILLINOIS 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   CHAIRMAN AND DIRECTOR | NORTHERN DISTRICT OF ILLINOIS COURT HISTORICAL ASSOCIATION (an Illinois not-for-profit corporation) |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
May 11 25 AM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HART, WILLIAM T | 04/28/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  -- (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T | 04/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. HARRIS BANK (Checking) | A | Interest | L | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER | | | | | | | | | |
| 3. -- (MSDW) LIQUID ASSET FUND | A | Interest | K | T | | | | | |
| 4. -- (MSDW) U.S. GOV. SEC. B. | D | Dividend | M | T | | | | | |
| 5. -- (MSDW) U.S.GOV. SEC. B | | | | T | SOLD | 10/31 | K | A | |
| 6. -- (MSDW) U.S. GOV. SEC. B | | | | T | SOLD | 11/11 | K | A | |
| 7. IRA #1 | E | Distribution | O | T | | | | | |
| 8. -- MSDW U.S. GOV. SEC. B | | | | | | | | | |
| 9. -- MSDW LIQUID ASSET FUND | | | | | | | | | |
| 10. -- FORD MOTOR CREDIT CO. | | | | | BUY | 11/05 | L | | |
| 11. IRA #2 -- MSDW U.S. GOV. SEC. B | A | Interest | | T | FINAL DISTR. | 5/15 | J | A | |
| 12. IM-IT BOND FUND 79 | A | Interest | J | T | | | | | |
| 13. SUNRISE WATER & GAS | A | Interest | J | T | | | | | |
| 14. ILL. GEN. OB BONDS | B | Interest | K | T | | | | | |
| 15. ALLEGHENY ENERGY, INC. | | None | | T | SOLD | 4/9 | J | A | |
| 16. BRITISH PETROLEUM | A | Dividend | K | T | | | | | |
| 17. AMERICAN ELEC. POWER | A | Dividend | | T | SOLD | 4/4 | J | A | |
| 18. CHICAGO INT'L ARPT. BOND | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T | 04/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ILL. RURAL BD. BK. REV. BOND | B | Interest | K | T | | | | | |
| 20. PALM BEACH SCHOOL BD. | A | Interest | J | T | | | | | |
| 21. BIRMINGHAM W & S | A | Interest | J | T | | | | | |
| 22. FAYETTE SCHOOL DISTRICT | A | Interest | J | T | | | | | |
| 23. DADE SCHOOL DISTRICT BE | B | Interest | K | T | | | | | |
| 24. C. MI. U. REVS. OID | A | Interest | J | T | | | | | |
| 25. CLARK CITY, NEV APPT. R. | A | Interest | J | T | | | | | |
| 26. MARICOPA, AZ ELEM. SCH. DIST. | B | Interest | K | T | | | | | |
| 27. MI ST. HOSP. FIN. AUTH. | A | Interest | J | T | | | | | |
| 28. EASTERN ILL. UNIV. REV. B. | B | Interest | K | T | | | | | |
| 29. LORRAINE CTY. OHIO HEALTH F/R/C/P | B | Interest | K | T | BUY | 5/16 | K | | |
| 30. JENNINGS, IND. SCH. CORP. | B | Interest | K | T | BUY | 11/5 | K | | |
| 31. MASS. MUTUAL LIFE INS. (Paid-up Life Insurance) | | None | J | T | | | | | |
| 32. MERCK & CO. | | None | K | T | BUY | 11/5 | K | | |
| 33. BRISTOL MEYERS SQUIBB | | None | K | T | BUY | 11/11 | K | | |
| 34. DUKE ENERGY | A | Dividend | J | T | BUY | 4/4 | J | | |
| 35. WALGREEN | A | Dividend | J | T | BUY | 5/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date April 28, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544